1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11  LAURIE L. BODLE,

CASE NO.    C05-5340JKA

12              Plaintiff,

13      v.

ORDER GRANTING
PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

14  JO ANNE B. BARNHART,
Commissioner of Social Security,

15              Defendant.

16

17

18      Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.  Plaintiff does not

19  appear to have funds available to afford the $250.00 filing fee.

20      The clerk is directed to issue the summonses submitted by plaintiff to enable plaintiff to

21  properly serve copies of the complaint on the appropriate parties.  Plaintiff shall note it is her

22  responsibility to properly serve copies of the complaint along with appropriate summons as required

23  by Rule 4 of the Federal Rules of Civil Procedure.

24

25      DATED this 23rd day of June, 2005.

26

27                                              */S/ J. Kelley Arnold*
                                                J. Kelley Arnold
28                                              United States Magistrate Judge

ORDER
Page - 1