UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAURIE L. BODLE,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security Administration,

    Defendant.

Case No. C05-5340FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, and the remaining record, and no objections to the Report and Recommendation having been filed, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. The administrative decision is AFFIRMED; and

3. The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and to Magistrate Judge J. Kelley Arnold.

DATED this 28th day of June, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1